No. 230. Jorgensen-Bennett Mfg. Co. *v.* Knight, Sheriff, et al.
Argued January 18, 1929. Decided January 21, 1929. *Per Curiam:* The appeal is dismissed on authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for

lack of jurisdiction. Treating the appeal as an application for certiorari, the same is denied. *Mr. R. G. Brown,* with whom *Mr. Abe D. Walddner* was on the brief, for appellant. *Messrs. L. D. Smith* and *W. F. Barry, Jr.,* for appellees.